IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

OMAR SANDERS,,                                   *

                    Plaintiff,                   *

v.                                                   Case No. 5:24-cv-00307-TES

                                                 *

Sheriff DAVID DAVIS,

                                                 *

                    Defendant.

_____         *

**J U D G M E N T**

Pursuant to this Court's Order dated December 31, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 31st day of December, 2024.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk